NO. 07-06-0279-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL A

MARCH 20, 2007

______________________________

IN THE INTEREST OF A. N. B., A CHILD

_________________________________

FROM THE 349
TH
 DISTRICT COURT OF ANDERSON COUNTY;

NO. 349-5615; HONORABLE PAM FOSTER FLETCHER, JUDGE

_______________________________

Before CAMPBELL and HANCOCK and PIRTLE, JJ.

ORDER

Appellant, Sheila K. Barnes, appeals an order allowing appellant’s attorney to withdraw.   

Currently pending in the United States Bankruptcy Court for the Northern District of Texas (Abilene), #03-10337-rlj13, is a bankruptcy proceeding wherein appellant is the debtor.  

Pursuant to Rule 8.2 of the Texas Rules of Appellate Procedure, the appeal is suspended.  For administrative purposes, the appeal is removed from the docket and abated.  Any documents filed subsequent to the bankruptcy petition will remain pending until the appeal is reinstated.  The appeal will be reinstated upon proper showing from the United States Bankruptcy Court for the Northern District of Texas that the stay has been lifted and a request for specific action by this Court.  
Tex. R. App. P.
 8.3(a).  

Accordingly, the appeal is abated.  

Per Curiam